**CERTIFIED MAIL**
7022 2410 0003 0572 5743



Retail
U.S. POSTAGE PAID
FCM LG ENV
RAWLINS, WY 82301
FEB 09, 2026
82001
$8.02
RDC 99
S2322P500903-10

G. McKnight
405 Harshman St.
Rawlins, NY 82301

Clerk of Court
U.S. District Court for the District of Wyoming
2120 Capitol Avenue, Room 2131
Cheyenne, WY 82001