IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| VS. | Case No.  25-CR-00071-SWS |
| GREGORY MCKNIGHT, | |
| Defendant, | |

---

### ORDER DENYING DEFENDANT'S MOTION FOR APPOINTMENT OF COUNSEL

This matter is before the Court on Defendant Gregory McKnight's Motion for Appointment of Counsel. (ECF No. 10). Defendant previously asked this Court to appoint him Counsel (ECF No. 8) and that motion was denied. (ECF No. 9). Defendant's current motion makes identical arguments for appointment of counsel as the prior motion. (ECF No. 10). This Court, having considered the motion, the record, and being otherwise fully advised, finds the motion fails to present any new arguments warranting appointment of counsel. Accordingly, for the same reasons stated in this Court's prior order (ECF No. 9 at 7-8), Defendant's motion must be denied.

**THEREFORE, IT IS HEREBY ORDERED** that Defendant Gregory McKnight's Motion for Appointment of Counsel (ECF No. 10) is **DENIED**.

Dated this 17th day of March, 2026.

Scott W. Skavdahl
United States District Judge