## REQUEST FOR UPDATED RESTITUTION ACCOUNTING AND SUPPORTING DOCUMENTATION

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

MAR 25 2026
12:28 pm
Margaret Botkins, Clerk
Cheyenne

**United States v. McKnight**
Case No. 25-CR-00071-SWS

Defendant Gregory McKnight respectfully requests an updated accounting of his restitution obligations, along with the supporting documentation necessary to understand the current balance and the basis for that balance.

### 1. Purpose of the Request

This request is made solely for the purpose of obtaining clarity regarding the defendant's restitution obligations. The defendant seeks to ensure that he has accurate information regarding:

- the total restitution imposed,
- any payments credited,
- any disbursements made to alleged victims,
- any offsets or recoveries applied,
- **the total amount of funds collected to date by the receiver or any entity acting on behalf of the Court,**
- **the total amount previously distributed to victims**, and
- the current outstanding balance.

Understanding these matters is necessary for the defendant to comply with his obligations and to maintain accurate personal records.

### 2. Requested Materials

To that end, the defendant respectfully requests copies of the following:

1. The current restitution balance as reflected in the Court's records;
2. **The total amount of funds collected to date by the receiver, government, or any entity acting on behalf of the Court;**
3. **The total amount of funds previously distributed to victims, including any distributions made prior to sentencing;**
4. Any final accounting or report prepared by the receiver or custodian appointed in the related civil proceedings;
5. Any documentation reflecting payments received, disbursements made, or offsets applied;
6. Any victim-related documentation used to calculate the restitution amount; and
7. Any other materials the Court or the government relies upon to determine the present restitution balance.

### 3. Nature of the Request

This request does not seek modification, reduction, or reconsideration of the restitution order. It is made solely to obtain information necessary for the defendant to understand and comply with his obligations.

Respectfully submitted,

**Gregory McKnight**
Pro Se
Rawlins, WY
Date: 3/23/2026

Gregory McKnight
405 Harshman St.
Rawlins, WY 82301



UNITED STATES
OF AMERICA
FOREVER/USA

Clerk of Court
United States District Court
2120 Capitol Avenue
Room 2131
Cheyenne, WY 82001-3658

82001-365831