FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

MAR 25 2026

Margaret Botkins, Clerk
Cheyenne

**Clerk of Court**
United States District Court
District of Wyoming
**2120 Capitol Avenue, Room 2131**
**Cheyenne, WY 82001**

**Re: United States v. McKnight, Case No. 25-CR-00071-SWS**
**Request for Updated Restitution Accounting**

Dear Clerk of Court,

Please find enclosed a "Request for Updated Restitution Accounting and Supporting Documentation" submitted by the defendant, Gregory McKnight, for filing in the above-referenced matter.

This request is made for the sole purpose of obtaining current and accurate information regarding the defendant's restitution obligations, including the total amount collected, any disbursements made, and the present balance. The defendant respectfully asks that the request be docketed and forwarded to the appropriate parties for response.

Thank you for your time and assistance.

Respectfully,
**Gregory McKnight**
Pro Se
Rawlins, Wyoming
Date: ___3/23/2026___