DARIN D. SMITH
United States Attorney
C. LEVI MARTIN (WY Bar #6-3781)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY  82003-0668
Telephone: 307-772-2124
christopher.martin@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 25-CR-71-S** |
| | ) | |
| **GREGORY MCKNIGHT,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ENTRY OF APPEARANCE – C. LEVI MARTIN

Undersigned counsel, Assistant United States Attorney C. Levi Martin, hereby enters his appearance as an attorney in this case for the United States of America.

Dated this 13th day of April 2026.

Respectfully Submitted,

DARIN D. SMITH
United States Attorney

By:  */s/ C. Levi Martin*
C. LEVI MARTIN
Assistant United States Attorney